## VENTURE PROPERTIES I v. ANDERSON

No. 48P96

Case below: 120 N.C.App. 852

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

## WHITIN ROBERTS CO. v. ALLIANCE INS. GROUP

No. 31P96

Case below: 120 N.C.App. 884

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

PETITION TO REHEAR

## STATE v. LINEBERGER

No. 533A94

Case below: 342 N.C. 599

Petition by Attorney General to rehear pursuant to Rule 31 denied 27 February 1996